JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
VINCENT LOVATO, SARA LOVATO as next of kin to CHRISTIE AND CHRISTIAN LOVATO et al

## DEFENDANTS
ALVARADO CONCEPTS, LLC

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
The Law Office of Lynn Coyle, PLLC, Christopher Benoit
2515 N. Stanton, El Paso, TX 79902
(915) 532-5544

Attorneys *(If Known)*
see attached

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☒ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C 201 et seq
Brief description of cause:
Violations of Fair Labor Standards Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 01/25/2018
SIGNATURE OF ATTORNEY OF RECORD: Stanley K. Kotovsky, Jr.

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**TINNIN LAW FIRM**
a professional corporation
Stanley K. Kotovsky, Jr.
P, O. Box 25207
Albuquerque, New Mexico  87125
Telephone: (505) 768-1500

and

**FISHER & PHILLIPS, LLP**
Joel W. Rice
James M. Hux, Jr.
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 346-8061
Facsimile: (312) 346-3179
rice@fisherphillips.com
jhux@fisherphillips.com
COUNSEL for DEFENDANT
ALVARADO CONCEPTS, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VINCENT LOVATO and SARA LOVATO,
As Next of Kin to CHRISTIE LOVATO
and CHRISTIAN LOVATO,
Individually and On Behalf of All Others
Similarly Situated,

    Plaintiff,

vs.                                              No.

ALVARADO CONCEPTS, LLC,

    Defendant.

## NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Alvarado Concepts, LLC ("Defendant") removes this case to the United States District Court for the District of New Mexico. The grounds for removal are:

    1.    Plaintiffs filed a civil action in the Fourth Judicial District Court, County of San Miguel, State of New Mexico, captioned <u>Vincent Lovato and Sara Lovato As Next of Kin to Christie Lovato and Christian Lovato, Individually and On Behalf of All Others Similarly Situated v. Alvarado Concepts, LLC</u>, Case No. D-412-CV-2017-00811.

    2.    In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant are attached hereto as the following exhibits:

        Exhibit A – Summons

        Exhibit B – Complaint

3. Plaintiffs' Summons and Complaint were served on Defendant's registered agent via certified mail on December 28, 2017. Defendant had not received a copy of the Complaint prior to December 28, 2017.

4. Defendant is filing this Notice of Removal within thirty (30) days of the first day of service of the Summons and Complaint. Thus, under 28 U.S.C. § 1446(b), Defendant's Notice of Removal is timely.

5. Pursuant to 28 U.S.C. § 1331, the district courts have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States.

6. This is a case over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 and which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b), in that it is a civil action that arises under the laws of the United States.

7. Specifically, Plaintiffs have alleged violations of federal law under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. ("the FLSA").

8. In the Complaint, Plaintiffs allege that, "Defendant violated and is violating the provisions of Sections 6 and 7 of the FLSA, 29 U.S.C. §§ 206-7, and 215(a)(2)" based on allegations of unpaid overtime, and that Plaintiffs have been damaged based on these alleged violations of federal statutory law. (See, Complaint, ¶¶ 26-27).

9. Further, pursuant to 29 U.S.C. § 216(b), Plaintiffs will be seeking collective action certification for a purported opt-in class of plaintiffs who were allegedly subjected to Defendant's policies and conduct in violation of the FLSA. (See, Complaint, ¶¶ 21-24).

10. Based on the foregoing, Plaintiff's Complaint and civil action "arises under the laws of the United States" and may be properly removed to federal court pursuant to 28 U.S.C. § 1441(b).

11. Defendant will contemporaneously file a true and correct copy of this Notice of Removal in the Fourth Judicial District Court for the County of San Miguel, State of New Mexico. A copy of same will be served upon Plaintiffs through their attorney of record as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant requests that the above-described action pending in the Fourth Judicial District Court for the County of San Miguel, State of New Mexico, be removed to the United States District Court for the District of New Mexico.

Date: January 25, 2018

                                  Respectfully submitted,

                                  TINNIN LAW FIRM
                                  a professional corporation

                                  By:/s/ Stanley K. Kotovsky, Jr.
                                       Stanley K. Kotovsky, Jr.
                                  P, O. Box 25207
                                  Albuquerque, New Mexico 87125
                                  Telephone: (505) 768-1500

                                  and

                                  FISHER & PHILLIPS, LLP
                                  Joel W. Rice
                                  James M. Hux, Jr.
                                  10 S. Wacker Drive, Suite 3450
                                  Chicago, IL 60606
                                  Telephone: (312) 346-8061
                                  Facsimile: (312) 346-3179
                                  jrice@fisherphillips.com
                                  jhux@fisherphillips.com
                                  COUNSEL for DEFENDANT
                                  ALVARADO CONCEPTS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was mailed on this 25th day of January, 2018, to:

Christopher Benoit
THE LAW OFFICE OF LYNN COYLE, P.L.L.C.
2515 North Stanton
El Paso, Texas 79902

*Stanley K. Kotovsky, Jr.*
Stanley K. Kotovsky, Jr.

4