IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| VINCENT LOVATO, and SARA LOVATO | § | |
| as Next of Kin to CE.L. and CN.L., Individually | § | |
| and On Behalf of All Others Similarly Situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No.  1:18-cv-00080-JB-KBM |
| | § | |
| ALVARADO CONCEPTS, LLC, | § | |
| | § | |
| Defendant. | § | |

**PARTIES' JOINT MOTION TO VACATE THE APPOINTMENT OF TIMOTHY
WHITE AS GUARDIAN AD LITEM FOR CE.L. and CN.L. AND TO APPROVE THE
SETTLEMENT AGREEMENT BETWEEN THE PARTIES**

Vincent Lovato and Sara Lovato, as Next of Kin to CE.L. and CN.L. ("Plaintiffs"), and

Defendant Alvarado Concepts, LLC ("Defendant"),  respectfully request that this Court vacate its

order to appoint Tim White as Guardian Ad Litem for the interests of CE.L. and CN.L. because

the basis for the appointment is now moot, in that CE.L. and CN.L have since attained the age of

majority within the meaning of New Mexico law.   In support of this Joint Motion, the parties state

as follows:

1.      In this lawsuit, Plaintiffs asserted claims against Defendant under the Fair Labor

Standards Act, 29 U.S.C. § 216(b) ("FLSA").

2.      In actions under the Fair Labor Standards Act, 29 U.S.C. § 216(b), such as this

lawsuit, settlement agreements require judicial approval. *Lynn's Food Stores, Inc. v. U.S.*, 679

F.2d 1350, 1354 (11th Cir. 1982).  Consequently, "[w]hen employees bring a private action ...

under the FLSA, and present to the district court a proposed settlement, the district court may enter

a stipulated judgment after scrutinizing the settlement for fairness."  *Id.* at 1353.

3.    The parties provided the Court with a Joint Motion to Approve Settlement on May 16, 2018 because the proposed settlement represented a fair and equitable resolution of a bona fide dispute between the parties, under the circumstances. [Doc. 24].

4.    Because CN.L. and CE.L. were minors at the time the parties sought settlement approval, the Court asked for the appointment of a Guardian Ad Litem pursuant to Fed. R. Civ. P. 17(c).

5.    Appointment of a guardian ad litem is a procedural question controlled by Rule 17(c). *JL through Thompson v. New Mexico Dep't of Health,* No. 12-1145 MV/LAM, 2013 WL 12303507, at *3 (D.N.M. Apr. 25, 2013) (citing *Roberts v. Ohio Cas. Ins. Co.,* 256 F.2d 35 (5th Cir. 1958)).  Appointment was appropriate under Rule 17(c) because CN.L. and CE.L. were considered without capacity under state law.  Fed. R. Civ. P. 17(b) (stating that the law of the individual's domicile state governs when considering the age of majority for suit); NMSA 1978 § 28-6-1 (defining the age of majority in New Mexico as being any person who "has reached his eighteenth birthday").

6.    In response to Plaintiffs' motion for appointment of Timothy White as Guardian Ad Litem, the Court ordered that Timothy White would serve as Guardian Ad Litem on June 22, 2018. [Doc. 31].  On that same day, Plaintiffs' counsel forwarded relevant orders, settlement agreement, attorney's fees calculations, contact information for the parties, and damages estimates to Mr. White for his consideration.

7.    Since that time, CN.L. and CE.L. (twins) turned 18 years of age on August 15, 2018—i.e., the age of majority under New Mexico law.

8.    Mr. White, because of his workload, has been unable to finalize a formal report to date.  Exhibit A.

9.      In sum, because CN.L. and CE.L. have reached the age of majority, there is no longer any justification for the appointment of a Guardian Ad Litem under Fed. R. Civ. P. 17. Furthermore, after three months, the parties and the Court have no Guardian Ad Litem report to review – though Mr. White does provide a provisional approval of the underlying settlement based on information he has gathered and reviewed thus far.  Exhibit A.

10.     For these reasons, the parties request that the Court vacate its order appointing Timothy White as Guardian Ad Litem and approve the settlement agreement previously submitted to the Court. [*See* Doc. 24].

**WHEREFORE**, Plaintiffs and Defendant respectfully request that the Court: (1) vacate its previous order appointing Timothy White as Guardian Ad Litem for the interests of CE.L. and CN.L. in the settlement of this lawsuit; and (2) approve the settlement agreement as requested in the previously submitted joint motion for approval of the settlement [Doc. 24].

| | |
|---|---|
| By:  /s/ *Joel W. Rice* | By:  /s/ *Christopher Benoit* |
| Joel W. Rice | Christopher Benoit |
| James M. Hux, Jr. | New Mexico Bar No. 150497 |
| FISHER & PHILLIPS LLP | THE LAW OFFICE OF LYNN COYLE, P.L.L.C. |
| 10 South Wacker Drive, Suite 3450 | 2515 North Stanton |
| Chicago, Illinois 60606 | El Paso, Texas 79902 |
| Telephone:  (312) 346-8061 | Telephone: (915) 532-5544 |
| Facsimile:  (312) 346-3179 | Facsimile: (915) 532-5566 |
| Email:  jrice@fisherphillips.com | Email: chris@coylefirm.com |
| Email:  jhux@fisherphillips.com | |
| | *Attorney for Plaintiffs* |
| Stanley K. Kotovsky, Jr. | |
| TINNIN LAW FIRM, | |
| a professional corporation | |
| P, O. Box 25207 | |
| Albuquerque, New Mexico 87125 | |
| Telephone: (505) 768-1500 | |
| Email: skotovsky@tinninlawfirm.com | |
| | |
| *Attorneys for Defendant* | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on September 14, 2018, I served a copy of the foregoing pleading upon Defendant's counsel of record via the Electronic Case Filing system.


 */s/ Christopher Benoit*
**CHRISTOPHER BENOIT**

pg. 4