**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 8 2018

CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VINCENT LOVATO and SARA LOVATO,
As Next of Kin to CHRISTIE LOVATO
and CHRISTIAN LOVATO,
Individually and On Behalf of All Others
Similarly Situated,

          Plaintiffs,

vs.

No. CV 18-00080-JB-KBM

ALVARADO CONCEPTS, LLC,

          Defendant.

[Denied ACB 9/18/18]

**PROPOSED ORDER ~~GRANTING~~ PARTIES' JOINT MOTION TO
VACATE THE APPOINTMENT OF TIMOTHY WHITE AS
GUARDIAN AD LITEM FOR CE.L. AND CN.L. AND TO APPROVE
THE SETTLEMENT AGREEMENT BETWEEN THE PARTIES**

Having considered the PARTIES' JOINT MOTION TO VACATE THE APPOINTMENT OF TIMOTHY WHITE AS GUARDIAN AS LITEM FOR CE.L. AND CN.L. AND TO APPROVE THE SETTLEMENT AGREEMENT BETWEEN THE PARTIES, and, for good cause shown, IT IS HEREBY ORDERED that the Parties' Motion is ~~GRANTED~~ [denied ACB 9/18/18], and (1) the appointment of Timothy White as Guardian Ad Litem for the interests of CE.L. and CN.L. in the settlement of this lawsuit ~~is hereby vacated~~ [remains in place], ~~and (2) the settlement agreement submitted in the Parties' Joint Motion for Approval of settlement [Doc. 24] is hereby approved.~~

_____
James O. Browning
United States District Judge

[Handwritten: Mr. White is ordered to complete the GAL report within 10 days of the entry of the order. The Court sets a status conference of October 3, 2018 at 8:30 a.m. Mr. White shall give this federal court assignment that he has contracted undertaken his highest priority. ACB 9/18/18]