FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 5 2018

CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VINCENT LOVATO and SARA LOVATO,
As Next of Kin to CH.L and CE.L,
Individually and On Behalf of All Others
Similarly Situated,

           Plaintiffs,

vs.                                             CV 18-00080 JB\KBM

ALVARADO CONCEPTS, LLC,

           Defendant.

## ORDER APPROVING PARTIES' JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiffs and Defendant's ("the Parties") Joint Motion for Approval of FLSA Settlement ("Joint Motion for Approval") [Doc. No. 24]. No party has filed any objections to the Parties' request for approval of the proposed settlement. Having reviewed (a) the Parties' Joint Motion for Approval and the underlying Settlement Agreement submitted to the Court *in camera*, (b) the Report filed by the guardian ad litem, and (c) the information provided in open court at the October 3, 2018 hearing, the Court finds that the settlement represents a fair and equitable settlement of a bona fide dispute under the FLSA, and that the proposed settlement contains an award of reasonable attorneys' fees. Accordingly, the Court hereby **ORDERS** as follows:

1. The Joint Motion for Approval [Doc. No. 24] is **HEREBY GRANTED**.

2. The claims of Plaintiffs Vincent Lovato, CH.L, and CE.L. against Defendant Alvarado Concepts, LLC are **DISMISSED WITH PREJUDICE**.

3. The Settlement Agreement submitted to the Court for *in camera* review is approved in its entirety.

4. All payments as described in the Settlement Agreement are hereby approved, including the payments for Plaintiffs' counsel's fees and costs.

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE