IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VINCENT LOVATO and SARA LOVATO,
As Next of Kin to CH.L and CE.L,
Individually and On Behalf of All Others
Similarly Situated,

      Plaintiffs,

vs.                                                                               No. CIV 18-00080 JB\KBM

ALVARADO CONCEPTS, LLC,

      Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on its Order Approving Parties' Joint Motion for Approval of FLSA Settlement and Dismissing Case with Prejudice, filed October 5, 2018 (Doc. 41)("Order"). In the Order, the Court: (i) granted the parties Joint Motion for Approval of FLSA Settlement, filed May 16, 2018 (Doc. 24); (ii) dismissed the claims of Plaintiffs Vincent Lovato, Sara Lovato, CH.L, and CE.L. against Defendant Alvarado Concepts, LLC, filed February 14, 2018 (Doc. 1), with prejudice; (iii) approved the Settlement Agreement submitted to the Court for *in camera* review; and (iv) approved all payments as described in the Settlement Agreement, including the payments for Plaintiffs' counsel's fees and costs. With no further claims or parties before the Court, the Court now enters Final Judgment pursuant to rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) the Plaintiff's Original Complaint for Damages for Payment of Minimum Wages and Overtime with Six Person Jury Demand, filed December 20, 2017 (Doc. 1), is dismissed with prejudice; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Christopher Benoit
The Law Office of Lynn Coyle, P.L.L.C.
El Paso, Texas

--and--

Timothy L. White
Valdez & White Law Firm LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Stanley K. Kotovsky, Jr.
Tinnin Law Firm
Albuquerque, New Mexico

--and--

Joel W. Rice
James M. Hux, Jr.
Fisher & Phillips LLP
Chicago, Illinois

    *Attorneys for the Defendant*